IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-00103-7 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CORNELIO M. ESPINOZA, | |
| Defendant. | |

Defendant has filed a motion to vacate pursuant to 28 U.S.C. § 2255. He argues that he received ineffective assistance in entering a plea and that his sentence was illegal. The Government is hereby ORDERED to file an opposition to Defendant's motion within 60 days of this Order. Defendant may file a response within 30 days thereafter, if he wishes to do so.

**IT IS SO ORDERED.**

Dated: January 31, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\0103\osc2.wpd